■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP DINITZ, Appellant.— Judgment of the Supreme Court, Kings County, rendered November 10, 1971, affirmed. No opinion. The case is remitted to the Supreme

Court, Kings County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.